IT IS SO ORDERED.
s/Kenneth S. McHargh
UNITED STATES MAGISTRATE JUDGE
12/05/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WATER STAR, INC., | ) | CASE NO. 1:05 CV 1076 |
| Plaintiff, | ) ) ) ) | JUDGE LESLEY WELLS MAG. JUDGE McHARGH |
| v. | ) ) ) ) | CONSENT JUDGMENT ENTRY |
| H2O TECHNOLOGIES, LTD., | ) ) | |
| Defendant. | ) ) | |

By consent of Plaintiff Water Star, Inc. ("Water Star") and Defendant H2O Technologies, Ltd. ("H2O") as witnessed by their signatures hereunder, judgment is hereby entered in favor of Water Star and against H2O in the amount of $114,850.00, including attorneys' fees and costs of this action.

WATER STAR, INC.

_____
Ms. Marilyn Niksa, President

STATE OF OHIO       :
                    : SS:
COUNTY OF Geauga    :

BEFORE ME, a Notary Public in and for said County and State, personally appeared the Marilyn Niksa, President of Water Star, Inc., known to me, who acknowledged that she did sign the foregoing Consent Judgment Entry and that the same is her free act and deed on this 10th day of November, 2005.

_____
Notary Public

LINDA L. BURHENNE, Notary Public
STATE OF OHIO
My Commission Expires June 14, 2008

H2O TECHNOLOGIES, LTD.

_____
Mr. Robert Irwin, _____

STATE OF _____ :
                    : SS:
COUNTY OF _____ :

    BEFORE ME, a Notary Public in and for said County and State, personally appeared the Robert Irwin, _____ of H2O Technologies, Ltd., known to me, who acknowledged that he did sign the foregoing Consent Judgment Entry and that the same is his free act and deed on this ____ day of November, 2005.

_____
Notary Public

Respectfully submitted,

_____
NICHOLAS A. AUSTIN (0069896)
PETRONZIO SCHNEIER CO., LPA
5001 Mayfield Road, Suite 201
Cleveland, Ohio 44124
Tel: 216.381.3400
Fax: 216.381.3865
Counsel for Water Star, Inc.

_____
DENNIS M. COYNE (0030758)
1428 Hamilton Avenue
Cleveland, Ohio 44114
Tel: 216.781.9162
Counsel for H2O Technologies, Ltd.

2